UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEVEN L. FEELEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|        v. | )   2:23-cv-00243-JDL |
| | ) |
| JEFFERY GOSS, | ) |
| | ) |
|    Defendant. | ) |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Steven L. Feeley, who is proceeding *pro se*, brought this action in June 2023 against Mechanic Falls Police Officer Jeffery Goss (ECF No. 1).[1] Feeley alleges, among other things, that his civil rights were violated because (1) Goss failed to respond appropriately when Feeley reported that a car had almost struck him, (2) Goss served Feeley with a no-abuse order after Feeley sought and received a restraining order against a neighbor, and (3) Feeley was improperly summonsed for harassment after he complained about Goss.

Pursuant to 28 U.S.C.A. § 1915(e)(2) (West 2023), United States Magistrate Judge John C. Nivison conducted a preliminary review of Feeley's Complaint and filed his Recommended Decision with the Court on June 27, 2023 (ECF No. 6). *See* 28 U.S.C.A. § 636(b)(1)(B) (West 2023); Fed. R. Civ. P. 72(b). Feeley filed an Objection to the Recommended Decision on July 7, 2023 (ECF No. 7).

---

[1] Although the Magistrate Judge's Recommended Decision refers to the Defendant as "Jeffrey Goss," I refer to the Defendant as "Jeffery Goss" because that is how he is referred to in Feeley's Complaint and Objection.

I have reviewed and considered the Recommended Decision, together with the entire record, and I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 6) of the Magistrate Judge is hereby **ACCEPTED**, and the Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.[2]

**SO ORDERED.**

**Dated this 3rd day of August, 2023.**

                                                    /s/ Jon D. Levy
                                          **CHIEF U.S. DISTRICT JUDGE**

---

[2] The Recommended Decision provides: "If Plaintiff wishes to amend his complaint to address the deficiencies identified herein, Plaintiff shall file the amended complaint within fourteen days of the date of this recommended decision. If Plaintiff does not file an amended complaint that adequately addresses the deficiencies, . . . I recommend the Court dismiss the complaint." ECF No. 6 at 4. Feeley did not timely file an Amended Complaint.